# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

————————————————

Case No. 6D2024-2306
Lower Tribunal No. 2011-CF-006250

————————————————

RICHARD ANTHONY PERSAUD,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

————————————————

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Orange County.
Leticia Marques, Judge.

January 13, 2026

PER CURIAM.

AFFIRMED.

TRAVER, C.J., and WOZNIAK and KAMOUTSAS, JJ., concur.

Richard Anthony Persaud, Jasper, pro se.

No Appearance for Appellee.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED